AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-SW-5312-STV | Date and time warrant executed: 03/22/2019 1408 | Copy of warrant and inventory left with: T-Mobile Legal Compliance (via email) |
| Inventory made in the presence of: T-Mobile USA, 4 Sylvan Way, Parsippany, NJ 07054 (via email) | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- Call Detail Records for #307-920-1874
- Subscriber Information for #307-920-1874

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
**4/17/2019**
**JEFFREY P. COLWELL, CLERK**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/15/2019

*Executing officer's signature*

Jerry W. Heyn Jr. Senior Special Agent, USSS
*Printed name and title*